

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 17CR4040-BEN |
| Plaintiff, | |
| v. | ORDER AND JUDGMENT TO DISMISS THE INFORMATION WITHOUT PREJUDICE |
| YAMILE CITLALY-ARRIAGA, | |
| Defendant. | |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the INFORMATION in the above-entitled case be dismissed without prejudice.

IT IS SO ORDERED.

DATED: 3/8, 2018.

Honorable Roger T. Benitez
United States District Court Judge